

# Fourth Court of Appeals
## San Antonio, Texas

July 16, 2015

No. 04-14-00338-CR

Benny Cavazos **VALVERDE**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR3980
Honorable Melisa Skinner, Judge Presiding

# O R D E R

The Bexar County District Attorney's Office has filed a motion to abate this appeal and remand the cause to the trial court for the appointment of an attorney *pro tem* on the grounds that the current District Attorney, Mr. Nicholas "Nico" LaHood, "once represent[ed] appellant in this case."

We REMAND the cause to the trial court and ORDER the trial court to conduct a hearing to:

(1) determine whether the Bexar County District Attorney's Office is disqualified from prosecuting this appeal;

(2) if the Bexar County District Attorney's Office is disqualified from prosecuting this appeal, appoint a competent attorney to perform the duties of the Bexar County District Attorney's office in this appeal for a period to last until this court's mandate issues; *see* TEX. CODE CRIM P. 2.07(a) (West 2005); and

(3) cause the trial court clerk to file a supplemental clerk's record containing the court's findings and, if necessary, documentation of such appointment no later than August 4, 2015.

All appellate deadlines are suspended pending further order of this court.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of July, 2015.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court

